

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,641

### EX PARTE BRIAN CARL VEAZIE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 99696 IN THE 252nd DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to seventy-five years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Veazie v. State*, No. 09-09-00418-CR (Tex. Crim. App.–Beaumont, delivered April 28, 2010, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed. We remanded this

application to the trial court for findings of fact and conclusions of law.

The trial court has obtained affidavits from Texas Department of Criminal Justice mail-room officials. Based on these affidavits, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Ninth Court of Appeals in Cause No. 09-09-00418-CR that affirmed his conviction in Case No. 99696 from the 252nd Judicial District Court of Jefferson County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 21, 2011
Do not publish